UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR122-0108

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 1344(2) |
| | ) | Bank Fraud |
| MARQUALDIS ANTWON LOGAN, | ) | |
| a/k/a "ALPHONSO BAUGH" | ) | 18 U.S.C. § 1028A |
| | ) | Aggravated Identity Theft |

**THE GRAND JURY CHARGES THAT:**

At all times material to this Indictment:

1. SunTrust Bank was a financial institution within the meaning of 18 U.S.C. § 20. Its deposits were insured by the Federal Deposit Insurance Corporation.

2. S.N. and R.N. were joint owners of a SunTrust Bank money market account ("the SunTrust Money Market Account") and resided in the Augusta Division of the Southern District of Georgia.

## COUNTS ONE THROUGH EIGHT
*Bank Fraud*
18 U.S.C. §§ 1344(2) and 2

3. Paragraphs One and Two of this Indictment are incorporated by reference as if fully set forth herein.

4. Beginning at least as early as July 2020, and continuing to in or about August 2020, within the Southern District of Georgia and elsewhere, the defendant,

**MARQUALDIS ANTWON LOGAN,**
**a/k/a "ALPHONSO BAUGH,"**

knowingly executed and attempted to execute a scheme and artifice to obtain any of the moneys, funds, credits, assets, securities, and other property owned by SunTrust

Bank by means of materially false and fraudulent pretenses, representations, and promises.

## The Purpose of the Scheme

5. The purpose of the scheme and artifice was for Defendant **LOGAN** and others to unlawfully enrich themselves by cashing and depositing forged and fraudulent checks drawn on the SunTrust Money Market Account.

## The Manner and Means of the Scheme

6. It was part of the scheme and artifice that Defendant **LOGAN** presented forged and fraudulent checks drawn on the SunTrust Money Market Account to be cashed or for deposit into various bank accounts and aided and abetted others in doing so.

## The Execution of the Scheme

7. On or about each of the dates set forth below, within the Southern District of Georgia, and elsewhere, the defendant,

**MARQUALDIS ANTWON LOGAN,**
**a/k/a "ALPHONSO BAUGH,"**

for the purpose of executing the scheme described above, and attempting to do so, knowingly presented the following forged and fraudulent checks to be cashed or for deposit into various bank accounts and aided and abetted others in doing so, each check constituting a separate count:

2

| COUNT | APPROXIMATE DATE | FRAUDULENT CHECK |
|---|---|---|
| 1 | July 16, 2020 | Check #5007 for $9,200 from SunTrust Money Market Account made out to "R Logan" and deposited into Regions Bank account in the name of Raymond Logan |
| 2 | July 19, 2020 | Check #5005 for $17,600 from SunTrust Money Market Account made out to "Alphonso Baugh" and deposited into Chase Bank account in the name of Alphonso Baugh |
| 3 | July 24, 2020 | Check #5011 for $175,000 from SunTrust Money Market Account made out to "Alphonso Baugh" and deposited into Chase Bank account in the name of Alphonso Baugh |
| 4 | July 31, 2020 | Check #5015 for $61,500 from SunTrust Money Market Account made out to "Alphonso Baugh" and deposited into Wells Fargo Bank account in the name of Alphonso Baugh |
| 5 | July 31, 2020 | Check #5017 for $9,733 from SunTrust Money Market Account made out to "Travelous Warren" and cashed at SunTrust Bank location in Georgia |
| 6 | August 3, 2020 | Check #5028 for $196,000 from SunTrust Money Market Account made out to "Alphonso Baugh" and deposited into Wells Fargo Bank account in the name of Alphonso Baugh |
| 7 | August 3, 2020 | Check #5026 for $15,500 from SunTrust Money Market Account made out to "Tewodros G Kiffle" and deposited into Regions Bank account in the name of Tewodros Kiffle |

3

| | | |
|---|---|---|
| 8 | August 5, 2020 | Check #5036 for $12,603 from SunTrust Money Market Account made out to "R. Logan" and deposited into Regions Bank account in the name of Raymond Logan |

All in violation of Title 18, United States Code, Section 1344(2).

## COUNTS NINE THROUGH SIXTEEN
*Aggravated Identity Theft*
18 U.S.C. §§ 1028A and 2

8. On or about each of the dates set forth below, within the Southern District of Georgia and elsewhere, the defendant,

**MARQUALDIS ANTWON LOGAN,**
**a/k/a "ALPHONSO BAUGH,"**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, Bank Fraud in violation of Title 18, United States Code, Section 1344(2), as set forth in Counts One through Eight of this Indictment, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1), and aided and abetted others in doing so, each event constituting a separate count:

| COUNT | APPROXIMATE DATE | MEANS OF IDENTIFICATION |
|---|---|---|
| 9 | July 16, 2020 | Name and bank account number of victim S.N. |
| 10 | July 19, 2020 | Name and bank account number of victim S.N. |
| 11 | July 24, 2020 | Name and bank account number of victim S.N. |
| 12 | July 31, 2020 | Name and bank account number of victim S.N. |
| 13 | July 31, 2020 | Name and bank account number of victim S.N. |
| 14 | August 3, 2020 | Name and bank account number of victim S.N. |
| 15 | August 3, 2020 | Name and bank account number of victim S.N. |

| 16 | August 2, 2020 | Name and bank account number of victim S.N. |

All in violation of Title 18, United States Code, Section 1028A.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One Through Eight of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A) and Title 28, United States Code, Section 2461(c).

Upon conviction of any of the Title 18 offenses set forth in Counts One through Eight of this Indictment, the Defendant, **MARQUALDIS ANTWON LOGAN, a/k/a "ALPHONSO BAUGH,"** shall forfeit to the United States pursuant to Title 18, United States Code, 981(a)(1)(C) and 982(a)(2)(A), any property, real or personal, which constitutes or is derived from proceeds traceable to the charged offense.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A True Bill.

_____
David H. Estes
United States Attorney

_____
Jennifer Stanley
Assistant United States Attorney
*Lead Counsel

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division