# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:22-CR-00108-JRH-BKE-1 |
| | ) | |
| MARQUALDIS ANTWON LOGAN | ) | |

## SENTENCING MEMORANDUM - LETTERS IN SUPPORT

Mr. DERRIC SHERMAINE KITT, pursuant to Fed. R. Crim. P. 32, respectfully submits the attached ten(10) letters in support of leniency at his sentencing.

Date: September 28, 2023

Respectfully Submitted,

*s/ Katryna Lyn Spearman, Esq.*
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorney for Defendant
Marqualdis Antwon Logan

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:22-CR-00108-JRH-BKE-1 |
| | ) | |
| MARQUALDIS ANTWON LOGAN | ) | |

## CERTIFICATE OF SERVICE

I certify that on September 28, 2023 I filed the foregoing SENTENCING MEMORANDUM - LETTERS IN SUPPORT with the Clerk of the United States District Court for the Southern District of Georgia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: September 28, 2023

Respectfully Submitted,

*s/ Katryna Lyn Spearman, Esq.*
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorney for Defendant
Marqualdis Antwon Logan