UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CRIMINAL CASE NO. CR 122-108  
DATE: 10/4/2023  
USA V. Marqualdis Arthuon Logan  
TIME: 2:58 pm – 3:22 pm  
JUDGE: Honorable J. Randal Hall  
COURTROOM DEPUTY: Lisa Widener  
COURT REPORTER: Lisa Davenport  
INTERPRETER: —  

ATTORNEY(S) FOR THE GOVERNMENT: Jennifer Stanley  
ATTORNEY(S) FOR THE DEFENDANT: Katryna Spearman  

PROBATION OFFICER: Matthew James  
DEFENDANT SENTENCED ON COUNT(S): 1-8 & 10  

__Y__ PSI reviewed in full  
__N__ Objections to factual basis  
__N__ Objections to Guideline Calculations  
__N__ Changes ordered  
__N__ Factual Witness  
__Y__ Statement by Counsel  
__Y__ Statement by Defendant  
__Y__ Appeal rights of defendant explained/(waived)  

Custody: 51 months  
27 Cts 1-8 ea. to be served concurrently  
24 Ct 10 to be served consecutively  
Supervised Release: 5 years  
5 yrs Cts 1-8; 1 yr. Ct 10 all to be served concurrently  

__Y__ Standard and Special Conditions of Release to be explained by USPO and a written to be provided to defendant  

Probation —  
Fine $ -0-  
Restitution $ 272,097.95  
AVAA Sp. Assessment $ —  
Special Assessment $ 100.00 ea. Ct.  
Community Service: — hours within — months of release  

Facility requested/recommended: Atlanta ba camp / Jesup GA FCI  

Defendant remanded __Y__  
Voluntary surrender __—__  
Departure from guidelines __N__  
Dismiss Count(s) 9 & 11-16  
Plea agreement accepted __Y__  
Upward __—__ Downward __—__